IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BENNY D. FARRAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:09-cv-00604 |
| v. | ) Judge Nixon/Brown |
| | ) |
| MICHAEL ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Benny D. Farrar's ("Plaintiff") Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 15). Magistrate Judge Brown issued a Report and Recommendation ("Report") (Doc. No. 19) recommending that Plaintiff's Motion be denied and the decision of the Social Security Administration be affirmed. The Report was filed on March 22, 2010, and no objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion. The decision of the SSA is hereby **AFFIRMED**.

It is so ORDERED.

Entered this \_\_\_22nd\_\_\_ day of June, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT